| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Rabin J. Pournazarian, Bar No. 186735<br>Resolve Law Group, APC<br>6345 Balboa Blvd., Suite 247<br>Encino, CA 91316<br>818-995-4540<br>Facsimile: 818-995-9277<br>rabin@pricelawgroup.com | FOR COURT USE ONLY |
|---|---|
| | **FILED & ENTERED**<br><br>MAR 06 2026<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY Mason     DEPUTY CLERK** |

☐ *Debtor appearing without attorney*
☒ *Attorney for: Debtors*
☐ *Chapter 13 trustee*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -RIVERSIDE DIVISION**

| In re:<br><br>MICHAEL LEON RIVERS, II and<br><br>ROBIN LATONYA RIVERS,<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 6:25-bk-13415-SY<br><br>CHAPTER: 13 |
|---|---|
| | **ORDER ON:**<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| | ☒ No hearing held<br><br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

Based on Debtor's motion filed on (*date*) <u>2/5/2026</u> as docket entry number <u>66</u> and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐     Granted          ☐     Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                              Page 1                              **F 3015-1.14.ORDER.CH13.GENRL**

☒    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

Reduce the plan payment to $5,663 in December and January, increase the plan payment to $16,901 in February 2026 until the end of the plan term, and the plan remains 100%. Debtor is responsible for curing any delinquencies that are not cured by this modification.

☐    Granted on the following conditions:

☐    Set for hearing on (*date*) _____ at (*time*) _____.

### ###

Date: March 6, 2026

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.