# United States Bankruptcy Court
## Central District of California
### Riverside
### Scott Yun, Presiding
### Courtroom 302 Calendar

**Tuesday, March 10, 2026**                                    **Hearing Room**   **302**

1:30 PM
6:25-13415    **Michael Leon Rivers, II and Robin Latonya Rivers**          **Chapter 13**

Telephonic Hearing

#46.00    Trustee's Motion to Dismiss Case
(Delinquency)

**Susan Luong to appear by telephone (626)616-5008**
**Rabin J Pournazarian to appear by telephone (818)205-2436**

Docket      63

**Matter Notes:**

    **GRANTED:** _____      **DENIED:** _____

    **CONT'D. TO:** _____4-21-26@1:30pm_____

        **Briefing filed:** _____

        **Opposition filed:** _____

        **Reply filed:** _____

    **WITHDRAWN:** _____

        **Order Lodged by:** _____

**Tentative Ruling:**

   - NONE LISTED -

### Party Information

**Debtor(s):**

   Michael Leon Rivers II              Represented By
                                Rabin  Pournazarian

**Joint Debtor(s):**

   Robin Latonya Rivers               Represented By